**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-35890-TAB |
| | § | |
| ALEXANDER FRANCISCO VELASCO | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/10/2012. The undersigned trustee was appointed on 09/10/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $15,430.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $423.59 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $15,006.41 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/20/2013 and the deadline for filing government claims was 05/20/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,293.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,293.00, for a total compensation of $2,293.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $4.50, for total expenses of $4.50.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/12/2014                              By:   /s/ David P. Leibowitz
                                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 12-35890-TAB | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | VELASCO, ALEXANDER FRANCISCO | Date Filed (f) or Converted (c): | 09/10/2012 (f) |
| For the Period Ending: | 12/12/2014 | §341(a) Meeting Date: | 11/06/2012 |
| | | Claims Bar Date: | 05/20/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 742 N. PINE AVE frame three flat 742 N. Pine Ave Chicago, IL 60641 | $49,000.00 | $0.00 | | $0.00 | FA |
| 2 | 5026 W. DIVISION ST Brick two flat 5026 W. Division St Chicago, IL 60651 | $60,000.00 | $0.00 | | $0.00 | FA |
| 3 | 3650 S. WINCHESTER Brick 2 Flat 3650 S. Winchester Chicago, IL 60609 | $200,000.00 | $0.00 | | $0.00 | FA |
| 4 | 4121 N. MANGO Brick 2 Flat 4121 N. Mango Ave Chicago, IL 60634 | $340,000.00 | $0.00 | | $0.00 | FA |
| 5 | 4716 N. MONTICELLO AVE Brick three flat 4716 N. Monticello Ave Chicago, IL 60625 | $310,000.00 | $0.00 | | $0.00 | FA |
| 6 | RESIDENCE 4128 N. Mango Ave Chicago, IL 60634 | $354,000.00 | $0.00 | | $0.00 | FA |
| 7 | Personal Checking account Chase Bank | $109.47 | $0.00 | | $0.00 | FA |
| 8 | Business Checking Account Chase Bank | $255.77 | $0.00 | | $0.00 | FA |
| 9 | Checking Account 1110017577615 Chase 5606 W. Montrose Ave Chicago, IL 60634 | $109.47 | $0.00 | | $0.00 | FA |
| 10 | Queen bed set with night stands and dresser 4128 N. Mango Ave | $650.00 | $650.00 | | $0.00 | FA |
| 11 | Weight Set 4128 N. Mango Ave | $600.00 | $600.00 | | $0.00 | FA |
| 12 | Cream sofa & love seat 4128 N. Mango Ave | $300.00 | $300.00 | | $0.00 | FA |
| 13 | Washer & Dryer 4128 N. Mango | $500.00 | $500.00 | | $0.00 | FA |
| 14 | L-shaped sofa 4128 N. Mango Ave | $400.00 | $400.00 | | $0.00 | FA |
| 15 | Dining Room Set w/buffet table 4128 N. Mango Ave | $1,300.00 | $1,300.00 | | $0.00 | FA |
| 16 | Computer Desk, File Cabinet & Book shelf 4128 N. Mango Ave | $275.00 | $275.00 | | $0.00 | FA |
| 17 | Sony DVD player with receiver and speakers 4128 N. Mango Ave | $250.00 | $250.00 | | $0.00 | FA |
| 18 | Gateway desktop computer with monitor 4128 N. Mango Ave | $550.00 | $550.00 | | $0.00 | FA |

Case 12-35890   Doc 49   Filed 01/12/15   Entered 01/12/15 20:07:14   Desc Main
Document   Page 4 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

Exhibit A

| Case No.: | 12-35890-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VELASCO, ALEXANDER FRANCISCO | Date Filed (f) or Converted (c): | 09/10/2012 (f) |
| For the Period Ending: | 12/12/2014 | §341(a) Meeting Date: | 11/06/2012 |
| | | Claims Bar Date: | 05/20/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 19 | 47" Planar LCD TV 4128 N. Mango Ave | $350.00 | $350.00 | | $0.00 | FA |
| 20 | 50" Panasonic Plasma 4128 N. Mango Ave | $400.00 | $400.00 | | $0.00 | FA |
| 21 | GE oven 4128 N. Mango Ave | $600.00 | $600.00 | | $0.00 | FA |
| 22 | GE stovetop 4128 N. Mango Ave Chicago, IL 60634 | $400.00 | $400.00 | | $0.00 | FA |
| 23 | GE Refrigerator 4128 N. Mango Ave Chicago, IL | $600.00 | $600.00 | | $0.00 | FA |
| 24 | Various Art & Picture Frames 4128 N. Mango | $350.00 | $350.00 | | $0.00 | FA |
| 25 | 12 coats/jackets 4128 N. Mango Ave | $800.00 | $0.00 | | $0.00 | FA |
| 26 | 5 suits 4128 N. Mango Ave | $750.00 | $0.00 | | $0.00 | FA |
| 27 | 11 jeans, 18 sweaters, 15 dress shirts, many tee shirts 4128 N. Mango Ave | $1,700.00 | $0.00 | | $0.00 | FA |
| 28 | 12 pairs of shoes, sandals, etc 4128 N. Mango Ave | $700.00 | $0.00 | | $0.00 | FA |
| 29 | 3 Kenneth Cole watches, 1 Diesel watch 4128 N. Mango Ave | $240.00 | $0.00 | | $0.00 | FA |
| 30 | Fidelity IRA Fidelity Investments | $177,980.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset fully exempted by Debtor pursuant to 735 I.L.C.S 5§12-1006 | | | | | |
| 31 | 2012 Tax Refund RESIDENCE | $4,666.66 | $3,591.37 | | $10,230.00 | FA |
| 32 | 2003 BMW X5 SUV 4128 N. Mango Ave | $9,377.00 | $5,327.00 | | $3,000.00 | FA |
| 33 | HP Officejet L7680 4128 N. Mango Ave | $100.00 | $100.00 | | $0.00 | FA |
| 34 | 6yr old Jack Russell Terrier 4128 N. Mango Ave | Unknown | $0.00 | | $0.00 | FA |
| 35 | Adversary case 1400265. (12 (u) (Recovery of money/property 547 preference)): Complaint by David P. Leibowitz against Renata RzazewskaJohnson, D.D.S., M.S., Ltd., d/b/a Glen Orthodontics, P.C.. | Unknown | $2,200.00 | | $2,200.00 | FA |

| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** | |
| | $1,517,313.37 | $18,743.37 | | $15,430.00 | $0.00 | |

**Major Activities affecting case closing:**

| 12/09/2014 | TFR Prepared for Trustee's review |
|---|---|
| 10/27/2014 | Motion to Sell set 11/18/2014 |

FORM 1

Page No: 3

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

Exhibit A

ASSET CASES

| Case No.: | 12-35890-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VELASCO, ALEXANDER FRANCISCO | Date Filed (f) or Converted (c): | 09/10/2012 (f) |
| For the Period Ending: | 12/12/2014 | §341(a) Meeting Date: | 11/06/2012 |
| | | Claims Bar Date: | 05/20/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| | |
|---|---|
| 10/24/2014 | 9019 to be prepared |
| 10/15/2014 | Negotiation against Glen Orthodontics pending then ready TFR. |
| 08/22/2014 | Pending recovery of IRA |
| 05/17/2014 | Status on complaint 5/27/14 |
| 03/21/2014 | Prepared complaint against Glen Orthodontics for attorney's review |
| 12/11/2013 | Motion to sell set for hearing on 1/7/2014. |
| 10/31/2013 | Prepared motion to sell |
| 09/16/2013 | Motion to sell then TFR |
| 06/25/2013 | reviewed of case |
| 03/29/2013 | Received $3,000.00 for equity in 2003 BMW |
| | Received $10,000.00 for tax refund |
| 03/29/2013 | No equity - relief granted on Monticello, Pineand Wischester. Only assets remaining would be the two possible preference |
| 03/29/2013 | We currently have $14,000.00 in the estate for equity in vehicle and tax refund. There is no equity in the Debtor's (5) properties and relief has been granted on three of them. |
| 03/27/2013 | Debtor to pay $10,000.00 |
| | Possible liquidation of real properties and preference payments. |
| 03/18/2013 | 2012 Tasx Refund $13320 - Debtor will receive anyday and will turnover |
| 02/22/2013 | DA to send $3000.00 for the equity in 2003 BMW |
| 02/22/2013 | Sent email to Steven Leahy to determine the following payments: possible preferences. |
| | 9/6/12 for $5,000.00 |
| | 9/5/12 for $3,125.00 |
| 02/15/2013 | Tax Intercept Completed |
| | Motion for Turnover Filed |
| | Still must review Bank Statements for Possible Preferences |
| 02/14/2013 | TAX INTERCEPT |
| 02/14/2013 | Preference demand made upon Glen Orthodontics |
| 02/13/2013 | Last asset Glen Orthodontics - sent demand out no response, need complaint |
| 02/12/2013 | Spoke to Mr. Leahy the file has been to big to send through email. Prepared Motion to Turnover |

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 06/25/2015 | | /s/ DAVID LEIBOWITZ |
| Current Projected Date Of Final Report (TFR): | 01/15/2015 | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-35890-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VELASCO, ALEXANDER FRANCISCO | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8127 | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/10/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/26/2013 | (32) | Alexander Velasco | Payment | 1129-000 | $3,000.00 | | $3,000.00 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.31 | $2,999.69 |
| 03/28/2013 | (31) | Alexander Velasco | Tax Refund | 1124-000 | $10,230.00 | | $13,229.69 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.43 | $13,223.26 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.65 | $13,202.61 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.67 | $13,179.94 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $19.21 | $13,160.73 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $21.23 | $13,139.50 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.57 | $13,116.93 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $19.11 | $13,097.82 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $21.13 | $13,076.69 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $21.10 | $13,055.59 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.38 | $13,035.21 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $22.39 | $13,012.82 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $18.96 | $12,993.86 |
| 04/02/2014 | | Green Bank | Bank Service Fee for March | 2600-000 | | $19.61 | $12,974.25 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.26 | $12,953.99 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.57 | $12,932.42 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $19.52 | $12,912.90 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.83 | $12,892.07 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.47 | $12,870.60 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $19.42 | $12,851.18 |
| 10/24/2014 | (35) | Alexander Velasco | Repayment of Preference | 1241-000 | $2,200.00 | | $15,051.18 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $22.87 | $15,028.31 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.90 | $15,006.41 |
| | | | **TOTALS:** | | $15,430.00 | $423.59 | $15,006.41 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $15,430.00 | $423.59 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $15,430.00 | $423.59 | |

| For the period of 9/10/2012 to 12/12/2014 | | For the entire history of the account between 02/26/2013 to 12/12/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $15,430.00 | Total Compensable Receipts: | $15,430.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,430.00 | Total Comp/Non Comp Receipts: | $15,430.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $423.59 | Total Compensable Disbursements: | $423.59 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $423.59 | Total Comp/Non Comp Disbursements: | $423.59 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

Exhibit B

| Case No. | 12-35890-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VELASCO, ALEXANDER FRANCISCO | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8127 | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/10/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $15,430.00 | $423.59 | $15,006.41 |

| **For the period of 9/10/2012 to 12/12/2014** | | **For the entire history of the case between 09/10/2012 to 12/12/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $15,430.00 | Total Compensable Receipts: | $15,430.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,430.00 | Total Comp/Non Comp Receipts: | $15,430.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $423.59 | Total Compensable Disbursements: | $423.59 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $423.59 | Total Comp/Non Comp Disbursements: | $423.59 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No.: | 12-35890-TAB | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | VELASCO, ALEXANDER FRANCISCO | | | | | | | | Date: 12/12/2014 |
| Claims Bar Date: | 05/20/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $4,650.00 | $0.00 | $0.00 | $0.00 | $4,650.00 |
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $54.74 | $0.00 | $0.00 | $0.00 | $54.74 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $4.50 | $0.00 | $0.00 | $0.00 | $4.50 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $2,293.00 | $0.00 | $0.00 | $0.00 | $2,293.00 |
| | OFFICE OF THE CLERK UNITED STATES BANKRUPTCY COURT<br><br>219 S. Dearborn Street Suite 713<br>Chicago IL 60604 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |
| 1 | COMMERCE BANK<br><br>P O BOX 419248 KCREC-10<br>Kansas City MO 64141-6248 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $20,683.46 | $0.00 | $0.00 | $0.00 | $20,683.46 |
| 2 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $21,400.95 | $0.00 | $0.00 | $0.00 | $21,400.95 |

| Case No. | 12-35890-TAB | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | VELASCO, ALEXANDER FRANCISCO | | | | | | | | Date: 12/12/2014 |
| Claims Bar Date: | 05/20/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $7,409.04 | $0.00 | $0.00 | $0.00 | $7,409.04 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,614.49 | $0.00 | $0.00 | $0.00 | $1,614.49 |
| 5 | PNC BANK PO BOX 94982 CLEVELAND OH 44101 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $77,229.53 | $0.00 | $0.00 | $0.00 | $77,229.53 |

**Claim Notes:** (5-1) COLLATERAL = UNSECURED ASSET 8097

| | | | | | $135,689.71 | $0.00 | $0.00 | $0.00 | $135,689.71 |
|---|---|---|---|---|---|---|---|---|---|

**CLAIM ANALYSIS REPORT**

Page No: 3
Exhibit C

| | | |
|---|---|---|
| **Case No.** | 12-35890-TAB | **Trustee Name:** David Leibowitz |
| **Case Name:** | VELASCO, ALEXANDER FRANCISCO | **Date:** 12/12/2014 |
| **Claims Bar Date:** | 05/20/2013 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $54.74 | $54.74 | $0.00 | $0.00 | $0.00 | $54.74 |
| Attorney for Trustee Fees (Trustee Firm) | $4,650.00 | $4,650.00 | $0.00 | $0.00 | $0.00 | $4,650.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |
| General Unsecured § 726(a)(2) | $77,229.53 | $77,229.53 | $0.00 | $0.00 | $0.00 | $77,229.53 |
| Payments to Unsecured Credit Card Holders | $51,107.94 | $51,107.94 | $0.00 | $0.00 | $0.00 | $51,107.94 |
| Trustee Compensation | $2,293.00 | $2,293.00 | $0.00 | $0.00 | $0.00 | $2,293.00 |
| Trustee Expenses | $4.50 | $4.50 | $0.00 | $0.00 | $0.00 | $4.50 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       12-35890-TAB
Case Name:   ALEXANDER FRANCISCO VELASCO
Trustee Name: David P. Leibowitz

                                                   Balance on hand:        $15,006.41

Claims of secured creditors will be paid as follows: NONE

                    Total to be paid to secured creditors:        $0.00
                                    Remaining balance:        $15,006.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $2,293.00 | $0.00 | $2,293.00 |
| David P. Leibowitz, Trustee Expenses | $4.50 | $0.00 | $4.50 |
| Lakelaw, Attorney for Trustee Fees | $4,650.00 | $0.00 | $4,650.00 |
| Lakelaw, Attorney for Trustee Expenses | $54.74 | $0.00 | $54.74 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $350.00 | $0.00 | $350.00 |

       Total to be paid for chapter 7 administrative expenses:        $7,352.24
                                       Remaining balance:        $7,654.17

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

       Total to be paid to prior chapter administrative expenses:        $0.00
                                       Remaining balance:        $7,654.17

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $7,654.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $128,337.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Commerce Bank | $20,683.46 | $0.00 | $1,233.59 |
| 2 | Discover Bank | $21,400.95 | $0.00 | $1,276.37 |
| 3 | PYOD, LLC its successors and assigns as assignee | $7,409.04 | $0.00 | $441.88 |
| 4 | PYOD, LLC its successors and assigns as assignee | $1,614.49 | $0.00 | $96.29 |
| 5 | PNC BANK | $77,229.53 | $0.00 | $4,606.04 |

|  | Total to be paid to timely general unsecured claims: | $7,654.17 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**