UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §        Case No. 12-35890-TAB
                                      §
ALEXANDER FRANCISCO VELASCO           §
                                      §
                                      §
            Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/03/2015, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/13/2015             By:  /s/ David P. Leibowitz
                                          Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 12-35890-TAB
§
ALEXANDER FRANCISCO VELASCO §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $15,430.00
*and approved disbursements of* $423.59
*leaving a balance on hand of[1]:* $15,006.41

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $15,006.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $2,293.00 | $0.00 | $2,293.00 |
| David P. Leibowitz, Trustee Expenses | $4.50 | $0.00 | $4.50 |
| Lakelaw, Attorney for Trustee Fees | $4,650.00 | $0.00 | $4,650.00 |
| Lakelaw, Attorney for Trustee Expenses | $54.74 | $0.00 | $54.74 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $350.00 | $0.00 | $350.00 |

Total to be paid for chapter 7 administrative expenses: $7,352.24
Remaining balance: $7,654.17

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

    Total to be paid to prior chapter administrative expenses:    $0.00
    Remaining balance:    $7,654.17

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

    Total to be paid to priority claims:    $0.00
    Remaining balance:    $7,654.17

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $128,337.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Commerce Bank | $20,683.46 | $0.00 | $1,233.59 |
| 2 | Discover Bank | $21,400.95 | $0.00 | $1,276.37 |
| 3 | PYOD, LLC its successors and assigns as assignee | $7,409.04 | $0.00 | $441.88 |
| 4 | PYOD, LLC its successors and assigns as assignee | $1,614.49 | $0.00 | $96.29 |
| 5 | PNC BANK | $77,229.53 | $0.00 | $4,606.04 |

    Total to be paid to timely general unsecured claims:    $7,654.17
    Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
　　　　　　　Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-35890-TAB
Alexander Francisco Velasco                                           Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton            Page 1 of 2              Date Rcvd: Jan 14, 2015
                              Form ID: pdf006            Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2015.
```
db             +Alexander Francisco Velasco,    4128 N Mango Ave,    Chicago, IL 60634-1704
aty            +Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
19421590       +AMERICAS SERVICING CO,    PO BOX 10328,    DES MOINES, IA 50306-0328
19421591       +AMEXDSNB,    9111 DUKE BLVD,    MASON, OH 45040-8999
19421593       +BANK OF AMERICA,    PO BOX 1598,    NORFOLK, VA 23501-1598
19421594      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: BANK OF AMERICA,    PO BOX 982238,    EL PASO, TX 79998)
19421595       +BANK OF AMERICA, N.A.,    450 AMERICAN ST,    SIMI VALLEY, CA 93065-6285
19421597       +BK OF AMER,    P.O. BOX 17054,    WILMINGTON, DE 19884-0001
19421598       +BLMDSNB,    9111 DUKE BLVD,    MASON, OH 45040-8999
19421599        BLOOMDSNB,    911 DUKE BLVD,    MASON, OH 45040
19421600       +CAP1/CARSN,    PO BOX 5253,    CAROL STREAM, IL 60197-5253
19421602       +CHASE,    PO BOX 15298,    WILMINGTON, DE 19850-5298
19421603       +CHASE,    PO BOX 24696,    COLUMBUS, OH 43224-0696
19421605       +CHASE,    PO BOX 901039,    FORT WORTH, TX 76101-2039
19421604       +CHASE,    PO BOX 71,    PHOENIX, AZ 85001-0071
19421601      #+CHASE,    10790 RANCHO BERNARDO RD,    SAN DIEGO, CA 92127-5705
19421607        CHASE HEALTHCARE ADVANTAGE,    PO BOX 4758,    CAROL STREAM, IL 60197-4758
19421608       +CITI,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
19421609       +CITI,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
19421610        CITI CARDS,    PROCESSING CENTER,    DES MOINES, IA 50363-0001
19421618      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: HOME DEPOT,    PO BOX 182676,    COLUMBUS, OH 43218-2676)
19421611       +CODILLISs & ASSOCIATES,    15W030 N. FRONTAGE RD,    SUITE 100,    BURR IDGE, IL 60527-6921
19421616       +EVERHOME MORTGAGE CO,    301 W BAY ST,    JACKSONVILLE, FL 32202-5121
19421619       +HOMEWARD RESIDENTIAL,    1525 S BELT LINE RD,    COPPELL, TX 75019-4913
19421623       +LITTON LOAN SERVICING,    4828 LOOP CENTRAL DR,    HOUSTON, TX 77081-2166
19421624        MACYSDSNB,    911 DUKE BLVD,    MASON, OH 45040
19421626       +NATIONAL CITY BANK,    1 FINANCIAL PKWY,    KALAMAZOO, MI 49009-8003
19421627       +NEW CENTURY MORTGAGE C,    18400 VON KARMAN AVE STE,    IRVINE, CA 92612-0516
19421628       +OCWEN LOAN SERVICING L,    12650 INGENUITY DR,    ORLANDO, FL 32826-2703
19421629       +OCWEN LOAN SERVICING, LLC,    PO BOX 6440,    CAROL STREAM, IL 60197-6440
19421631       +PIERCE & ASSOCIATES,    1 N. DEARBORN,    SUITE 1300,    CHICAGO, IL 60602-4373
19421632       +PNC BANK,    PO BOX 3180,    PITTSBURGH, PA 15230-3180
19421634       +PNC BANK,    PO BOX 856177,    LOUISVILLE, KY 40285-6177
19421633       +PNC BANK,    PO BOX 5570,    BrRECKVILLE, OH 44101-0570
20355821       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
19421635       +PNC BANK, N.A.,    1 FINANCIAL PKWY,    KALAMAZOO, MI 49009-8002
19421638       +PNC MORTGAGE,    PO BOX 533510,    ATLANTA, GA 30353-3510
19421636       +PNC MORTGAGE,    3232 NEWMARK DR,    MIAMISBURG, OH 45342-5433
19421637       +PNC MORTGAGE,    6 N MAIN ST,    DAYTON, OH 45402-1908
19421639       +PNCBANK,    2730 LIBERTY AVE,    PITTSBURGH, PA 15222-4747
19421640       +RNB-FIELDS3,    PO BOX 9475,    MINNEAPOLIS, MN 55440-9475
19421641       +TARGET NB,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
19421642       +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
19421643       +UNVL/CITI,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
19421644       +WFNNB/EXPRESS,    4590 E BROAD ST,    COLUMBUS, OH 43213-1301
19421645        WILSHIRE CREDIT CORP,    400 COUNTRYWIDE WAY,    SIMI VALLEY, CA 93065
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19421606       +E-mail/Text: bk.notifications@jpmchase.com Jan 15 2015 01:06:34     CHASE,    PO BOX 901076,
                 FT WORTH, TX 76101-2076
19421612        E-mail/Text: bankruptcy@commercebank.com Jan 15 2015 01:06:52      COMMERCE BANK,    PO BOX 80600,
                 KANSAS CITY, MO 64180-6000
20065787        E-mail/Text: bankruptcy@commercebank.com Jan 15 2015 01:06:52      Commerce Bank,
                 P O BOX 419248,    KCREC-10,    Kansas City, MO 64141-6248
19421614        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 15 2015 01:27:38      DISCOVER,    PO BOX 6103,
                 CAROL STREAM, IL 60197-6103
19421615       +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 15 2015 01:27:38      DISCOVER FIN SVCS LLC,
                 PO BOX 15316,    WILMINGTON, DE 19850-5316
20067542        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 15 2015 01:27:38      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19421617       +E-mail/Text: pgray@hinsdalebank.com Jan 15 2015 01:08:08      HINSDALE BANK & TRUST,
                 25 E FIRST ST,    HINSDALE, IL 60521-4119
20085877       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 15 2015 01:27:26
                 PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 8
```

```
District/off: 0752-1         User: ahamilton            Page 2 of 2              Date Rcvd: Jan 14, 2015
                             Form ID: pdf006            Total Noticed: 54

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19421592       ANGELA VELASCO
19421596       BIANCA MARTINEZ
19421613       DANA HARRIS
19421620       JACKIE & CESAR HERNANDEZ
19421621       JUDITH RIVERS
19421622       LISA ORTEGGA
19421625       NAOMI& CHRISTINE RIVERA
19421630       PAMELA MITCHELL
                                                                                 TOTALS: 8, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2015 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Plaintiff David P. Leibowitz dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Heather M Giannino    on behalf of Creditor    PNC Bank, National Association
               bankruptcy@hsbattys.com,   bankruptcy@hsbattys.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor    PNC Bank, National Association successor by merger to
               National City Mortgage, a division of National City Bank ND-Four@il.cslegal.com
              Robert R. Tepper    on behalf of Defendant    Renata Rzazewska-Johnson, D.D.S., M.S., Ltd., d/b/a
               Glen Orthodontics, P.C. roberttepper@yahoo.com,   edelman@xnet.com
              Steven A Leahy    on behalf of Debtor Alexander Francisco Velasco sleahy@it-lawyer.com,
               cmecf@it-lawyer.com;processing@it-lawyer.com;ben@opemonline.com
                                                                                            TOTAL: 8
```