**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-35890-TAB |
| | § | |
| ALEXANDER FRANCISCO VELASCO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,320,625.00 | Assets Exempt: | $187,770.00 |
| Total Distributions to Claimants: | $7,711.17 | Claims Discharged Without Payment: | $140,308.30 |
| Total Expenses of Administration: | $7,718.83 | | |

3) Total gross receipts of $15,430.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,430.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,117,410.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $7,718.83 | $7,718.83 | $7,718.83 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $85,862.00 | $128,337.47 | $128,337.47 | $7,711.17 |
| **Total Disbursements** | $2,203,272.00 | $136,056.30 | $136,056.30 | $15,430.00 |

    4). This case was originally filed under chapter 7 on 09/10/2012. The case was pending for 37 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/07/2015                        By:   /s/ David P. Leibowitz
                                                               Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2012 Tax Refund RESIDENCE | 1124-000 | $10,230.00 |
| 2003 BMW X5 SUV 4128 N. Mango Ave | 1129-000 | $3,000.00 |
| Adversary case 1400265. (12 (Recovery of money/property 547 preference)): Complaint by David P. Leibowitz against Renata | 1241-000 | $2,200.00 |
| **TOTAL GROSS RECEIPTS** | | $15,430.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | OCWEN LOAN SERVICING, LLC | 4110-000 | $238,478.00 | $0.00 | $0.00 | $0.00 |
| | PNC BANK | 4110-000 | $97,722.00 | $0.00 | $0.00 | $0.00 |
| | PNC MORTGAGE | 4110-000 | $465,426.00 | $0.00 | $0.00 | $0.00 |
| | PNC MORTGAGE | 4110-000 | $389,996.00 | $0.00 | $0.00 | $0.00 |
| | PNC MORTGAGE | 4110-000 | $371,064.00 | $0.00 | $0.00 | $0.00 |
| | PNC MORTGAGE | 4110-000 | $275,344.00 | $0.00 | $0.00 | $0.00 |
| | PNC MORTGAGE | 4110-000 | $202,151.00 | $0.00 | $0.00 | $0.00 |
| | PNCBANK | 4110-000 | $77,229.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,117,410.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,293.00 | $2,293.00 | $2,293.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $4.50 | $4.50 | $4.50 |
| Green Bank | 2600-000 | NA | $423.59 | $423.59 | $423.59 |
| Office of the Clerk | 2700-000 | NA | $293.00 | $293.00 | $293.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| United States Bankruptcy Court | | | | | |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $4,650.00 | $4,650.00 | $4,650.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $54.74 | $54.74 | $54.74 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $7,718.83 | $7,718.83 | $7,718.83 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commerce Bank | 7100-900 | $0.00 | $20,683.46 | $20,683.46 | $1,242.77 |
| 2 | Discover Bank | 7100-900 | $21,400.00 | $21,400.95 | $21,400.95 | $1,285.88 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $7,409.00 | $7,409.04 | $7,409.04 | $445.17 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $1,614.00 | $1,614.49 | $1,614.49 | $97.01 |
| 5 | PNC BANK | 7100-000 | $35,757.00 | $77,229.53 | $77,229.53 | $4,640.34 |
| | CHASE | 7100-000 | $18,232.00 | $0.00 | $0.00 | $0.00 |
| | CHASE HEALTHCARE | 7100-000 | $1,450.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $85,862.00 | $128,337.47 | $128,337.47 | $7,711.17 |

UST Form 101-7-TDR (10/1/2010)

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 12-35890-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VELASCO, ALEXANDER FRANCISCO | Date Filed (f) or Converted (c): | 09/10/2012 (f) |
| For the Period Ending: | 10/7/2015 | §341(a) Meeting Date: | 11/06/2012 |
| | | Claims Bar Date: | 05/20/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  742 N. PINE AVE frame three flat 742 N. Pine Ave Chicago, IL 60641 | $49,000.00 | $0.00 | | $0.00 | FA |
| 2  5026 W. DIVISION ST Brick two flat 5026 W. Division St Chicago, IL 60651 | $60,000.00 | $0.00 | | $0.00 | FA |
| 3  3650 S. WINCHESTER Brick 2 Flat 3650 S. Winchester Chicago, IL 60609 | $200,000.00 | $0.00 | | $0.00 | FA |
| 4  4121 N. MANGO Brick 2 Flat 4121 N. Mango Ave Chicago, IL 60634 | $340,000.00 | $0.00 | | $0.00 | FA |
| 5  4716 N. MONTICELLO AVE Brick three flat 4716 N. Monticello Ave Chicago, IL 60625 | $310,000.00 | $0.00 | | $0.00 | FA |
| 6  RESIDENCE 4128 N. Mango Ave Chicago, IL 60634 | $354,000.00 | $0.00 | | $0.00 | FA |
| 7  Personal Checking account Chase Bank | $109.47 | $0.00 | | $0.00 | FA |
| 8  Business Checking Account Chase Bank | $255.77 | $0.00 | | $0.00 | FA |
| 9  Checking Account 1110017577615 Chase 5606 W. Montrose Ave Chicago, IL 60634 | $109.47 | $0.00 | | $0.00 | FA |
| 10 Queen bed set with night stands and dresser 4128 N. Mango Ave | $650.00 | $650.00 | | $0.00 | FA |
| 11 Weight Set 4128 N. Mango Ave | $600.00 | $600.00 | | $0.00 | FA |
| 12 Cream sofa & love seat 4128 N. Mango Ave | $300.00 | $300.00 | | $0.00 | FA |
| 13 Washer & Dryer 4128 N. Mango | $500.00 | $500.00 | | $0.00 | FA |
| 14 L-shaped sofa 4128 N. Mango Ave | $400.00 | $400.00 | | $0.00 | FA |
| 15 Dining Room Set w/buffet table 4128 N. Mango Ave | $1,300.00 | $1,300.00 | | $0.00 | FA |
| 16 Computer Desk, File Cabinet & Book shelf 4128 N. Mango Ave | $275.00 | $275.00 | | $0.00 | FA |
| 17 Sony DVD player with receiver and speakers 4128 N. Mango Ave | $250.00 | $250.00 | | $0.00 | FA |
| 18 Gateway desktop computer with monitor 4128 N. Mango Ave | $550.00 | $550.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 12-35890-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VELASCO, ALEXANDER FRANCISCO | Date Filed (f) or Converted (c): | 09/10/2012 (f) |
| For the Period Ending: | 10/7/2015 | §341(a) Meeting Date: | 11/06/2012 |
| | | Claims Bar Date: | 05/20/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 19 | 47" Planar LCD TV 4128 N. Mango Ave | $350.00 | $350.00 | | $0.00 | FA |
| 20 | 50" Panasonic Plasma 4128 N. Mango Ave | $400.00 | $400.00 | | $0.00 | FA |
| 21 | GE oven 4128 N. Mango Ave | $600.00 | $600.00 | | $0.00 | FA |
| 22 | GE stovetop 4128 N. Mango Ave Chicago, IL 60634 | $400.00 | $400.00 | | $0.00 | FA |
| 23 | GE Refrigerator 4128 N. Mango Ave Chicago, IL | $600.00 | $600.00 | | $0.00 | FA |
| 24 | Various Art & Picture Frames 4128 N. Mango | $350.00 | $350.00 | | $0.00 | FA |
| 25 | 12 coats/jackets 4128 N. Mango Ave | $800.00 | $0.00 | | $0.00 | FA |
| 26 | 5 suits 4128 N. Mango Ave | $750.00 | $0.00 | | $0.00 | FA |
| 27 | 11 jeans, 18 sweaters, 15 dress shirts, many tee shirts 4128 N. Mango Ave | $1,700.00 | $0.00 | | $0.00 | FA |
| 28 | 12 pairs of shoes, sandals, etc 4128 N. Mango Ave | $700.00 | $0.00 | | $0.00 | FA |
| 29 | 3 Kenneth Cole watches, 1 Diesel watch 4128 N. Mango Ave | $240.00 | $0.00 | | $0.00 | FA |
| 30 | Fidelity IRA Fidelity Investments | $177,980.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset fully exempted by Debtor pursuant to 735 I.L.C.S 5§12-1006 | | | | | |
| 31 | 2012 Tax Refund RESIDENCE | $4,666.66 | $3,591.37 | | $10,230.00 | FA |
| 32 | 2003 BMW X5 SUV 4128 N. Mango Ave | $9,377.00 | $5,327.00 | | $3,000.00 | FA |
| 33 | HP Officejet L7680 4128 N. Mango Ave | $100.00 | $100.00 | | $0.00 | FA |
| 34 | 6yr old Jack Russell Terrier 4128 N. Mango Ave | Unknown | $0.00 | | $0.00 | FA |
| 35 | Adversary case 1400265. (12 (Recovery of money/property 547 preference)): Complaint by David P. Leibowitz against Renata RzazewskaJohnson, D.D.S., M.S., Ltd., d/b/a Glen Orthodontics, P.C.. (u) | Unknown | $2,200.00 | | $2,200.00 | FA |

**TOTALS (Excluding unknown value)**                                                                              **Gross Value of Remaining Assets**

$1,517,313.37            $18,743.37                            $15,430.00            $0.00

**Major Activities affecting case closing:**

07/15/2015    Supplemental Distribution Submitted to UST.  Once approved.  Remaining checks will be cut and TDR to be prepared.
06/30/2015    Supplemental Distribution Needed.  Proposed Distribution to be Submitted to UST.  Once checks clear, TDR to be prepared

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 12-35890-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VELASCO, ALEXANDER FRANCISCO | Date Filed (f) or Converted (c): | 09/10/2012 (f) |
| For the Period Ending: | 10/7/2015 | §341(a) Meeting Date: | 11/06/2012 |
| | | Claims Bar Date: | 05/20/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| | |
|---|---|
| 06/30/2015 | Check returned from Clerk of the Clerk. Supplemental Distribution Submitted to UST. UST approved supplemental Distribution on 8/20/2015. Once all checks have cleared, TDR to be prepared and submitted. - |
| 02/17/2015 | Must reissue check to the clerk of the court for $293.00; must do a supplemental distribution |
| 12/09/2014 | TFR Prepared for Trustee's review |
| 10/27/2014 | Motion to Sell set 11/18/2014 |
| 10/24/2014 | 9019 to be prepared |
| 10/15/2014 | Negotiation against Glen Orthodontics pending then ready TFR. |
| 08/22/2014 | Pending recovery of IRA |
| 05/17/2014 | Status on complaint 5/27/14 |
| 03/21/2014 | Prepared complaint against Glen Orthodontics for attorney's review |
| 12/11/2013 | Motion to sell set for hearing on 1/7/2014. |
| 10/31/2013 | Prepared motion to sell |
| 09/16/2013 | Motion to sell then TFR |
| 06/25/2013 | reviewed of case |
| 03/29/2013 | Received $3,000.00 for equity in 2003 BMW<br>Received $10,000.00 for tax refund |
| 03/29/2013 | No equity - relief granted on Monticello, Pineand Wischester. Only assets remaining would be the two possible preference |
| 03/29/2013 | We currently have $14,000.00 in the estate for equity in vehicle and tax refund. There is no equity in the Debtor's (5) properties and relief has been granted on three of them. |
| 03/27/2013 | Debtor to pay $10,000.00<br><br>Possible liquidation of real properties and preference payments. |
| 03/18/2013 | 2012 Tasx Refund $13320 - Debtor will receive anyday and will turnover |
| 02/22/2013 | DA to send $3000.00 for the equity in 2003 BMW |
| 02/22/2013 | Sent email to Steven Leahy to determine the following payments: possible preferences.<br><br>9/6/12 for $5,000.00<br>9/5/12 for $3,125.00 |
| 02/15/2013 | Tax Intercept Completed<br>Motion for Turnover Filed<br>Still must review Bank Statements for Possible Preferences |
| 02/14/2013 | TAX INTERCEPT |
| 02/14/2013 | Preference demand made upon Glen Orthodontics |
| 02/13/2013 | Last asset Glen Orthodontics - sent demand out no response, need complaint |
| 02/12/2013 | Spoke to Mr. Leahy the file has been to big to send through email. Prepared Motion to Turnover |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/25/2015 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 01/15/2015 | DAVID LEIBOWITZ | |

**FORM 2**

Page No: 1

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-35890-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VELASCO, ALEXANDER FRANCISCO | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8127 | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/10/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/7/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/26/2013 | (32) | Alexander Velasco | Payment | 1129-000 | $3,000.00 | | $3,000.00 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.31 | $2,999.69 |
| 03/28/2013 | (31) | Alexander Velasco | Tax Refund | 1124-000 | $10,230.00 | | $13,229.69 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.43 | $13,223.26 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.65 | $13,202.61 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.67 | $13,179.94 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $19.21 | $13,160.73 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $21.23 | $13,139.50 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.57 | $13,116.93 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $19.11 | $13,097.82 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $21.13 | $13,076.69 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $21.10 | $13,055.59 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.38 | $13,035.21 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $22.39 | $13,012.82 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $18.96 | $12,993.86 |
| 04/02/2014 | | Green Bank | Bank Service Fee for March | 2600-000 | | $19.61 | $12,974.25 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.26 | $12,953.99 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.57 | $12,932.42 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $19.52 | $12,912.90 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.83 | $12,892.07 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.47 | $12,870.60 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $19.42 | $12,851.18 |
| 10/24/2014 | (35) | Alexander Velasco | Repayment of Preference | 1241-000 | $2,200.00 | | $15,051.18 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $22.87 | $15,028.31 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.90 | $15,006.41 |
| 02/05/2015 | 3001 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: 350.00; Amount Allowed: 350.00; Distribution Dividend: 100.00; | 2700-000 | | $350.00 | $14,656.41 |
| 02/05/2015 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,293.00 | $12,363.41 |
| 02/05/2015 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $4.50 | $12,358.91 |
| 02/05/2015 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 54.74; Amount Allowed: 54.74; Distribution Dividend: 100.00; | 3120-000 | | $54.74 | $12,304.17 |
| 02/05/2015 | 3005 | Lakelaw | Claim #: ; Amount Claimed: 4,650.00; Amount Allowed: 4,650.00; Distribution Dividend: 100.00; | 3110-000 | | $4,650.00 | $7,654.17 |
| 02/05/2015 | 3006 | PNC BANK | Claim #: 5; Amount Claimed: 77,229.53; Amount Allowed: 77,229.53; Distribution Dividend: 5.96; | 7100-000 | | $4,606.04 | $3,048.13 |
| 02/05/2015 | 3007 | Commerce Bank | Claim #: 1; Amount Claimed: 20,683.46; Amount Allowed: 20,683.46; Distribution Dividend: 5.96; | 7100-900 | | $1,233.59 | $1,814.54 |

**SUBTOTALS** $15,430.00 $13,615.46

FORM 2
Page No: 2
Exhibit 9
Case 12-35890   Doc 57   Filed 10/30/15   Entered 10/30/15 14:32:11   Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document      Page 9 of 10

| Case No. | 12-35890-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VELASCO, ALEXANDER FRANCISCO | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8127 | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/10/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/7/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/05/2015 | 3008 | Discover Bank | Claim #: 2; Amount Claimed: 21,400.95; Amount Allowed: 21,400.95; Distribution Dividend: 5.96; | 7100-900 | | $1,276.37 | $538.17 |
| 02/05/2015 | 3009 | PYOD, LLC its successors and assigns as assignee | Claim #: 3; Amount Claimed: 7,409.04; Amount Allowed: 7,409.04; Distribution Dividend: 5.96; | 7100-900 | | $441.88 | $96.29 |
| 02/05/2015 | 3010 | PYOD, LLC its successors and assigns as assignee | Claim #: 4; Amount Claimed: 1,614.49; Amount Allowed: 1,614.49; Distribution Dividend: 5.96; | 7100-900 | | $96.29 | $0.00 |
| 03/31/2015 | 3001 | VOID: Office of the Clerk United States Bankruptcy | Void to reissue for correct amount | 2700-003 | | ($350.00) | $350.00 |
| 03/31/2015 | 3011 | Office of the Clerk United States Bankruptcy Court | Replace check 3001 in the amount of $350.00; Reduced to $293.00 per request of Clerk | 2700-000 | | $293.00 | $57.00 |
| 08/20/2015 | 3012 | PNC BANK | Claim #: 5; Amount Claimed: 77,229.53; Amount Allowed: 77,229.53; Distribution Dividend: 6.01; | 7100-000 | | $34.30 | $22.70 |
| 08/20/2015 | 3013 | Commerce Bank | Claim #: 1; Amount Claimed: 20,683.46; Amount Allowed: 20,683.46; Distribution Dividend: 6.01; | 7100-900 | | $9.18 | $13.52 |
| 08/20/2015 | 3014 | Discover Bank | Claim #: 2; Amount Claimed: 21,400.95; Amount Allowed: 21,400.95; Distribution Dividend: 6.01; | 7100-900 | | $9.51 | $4.01 |
| 08/20/2015 | 3015 | PYOD, LLC its successors and assigns as assignee | Claim #: 3; Amount Claimed: 7,409.04; Amount Allowed: 7,409.04; Distribution Dividend: 6.01; | 7100-900 | | $3.29 | $0.72 |
| 08/20/2015 | 3016 | PYOD, LLC its successors and assigns as assignee | Claim #: 4; Amount Claimed: 1,614.49; Amount Allowed: 1,614.49; Distribution Dividend: 6.01; | 7100-900 | | $0.72 | $0.00 |
| | | | **TOTALS:** | | $15,430.00 | $15,430.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $15,430.00 | $15,430.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $15,430.00 | $15,430.00 | |

| For the period of 9/10/2012 to 10/7/2015 | | For the entire history of the account between 02/26/2013 to 10/7/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $15,430.00 | Total Compensable Receipts: | $15,430.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,430.00 | Total Comp/Non Comp Receipts: | $15,430.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $15,430.00 | Total Compensable Disbursements: | $15,430.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,430.00 | Total Comp/Non Comp Disbursements: | $15,430.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-35890-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VELASCO, ALEXANDER FRANCISCO | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8127 | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/10/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/7/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $15,430.00 | $15,430.00 | $0.00 |

| For the period of 9/10/2012 to 10/7/2015 | | For the entire history of the case between 09/10/2012 to 10/7/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $15,430.00 | Total Compensable Receipts: | $15,430.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,430.00 | Total Comp/Non Comp Receipts: | $15,430.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $15,430.00 | Total Compensable Disbursements: | $15,430.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,430.00 | Total Comp/Non Comp Disbursements: | $15,430.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ